IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00501-ZLW-MJW

PHYLLIS J. HERLOCKER,

    Plaintiff,

v.

DISCOVER BANK,
SAWAYA & ROSE, P.C.,
RICHARD B. ROSE,
JOHN DOE,
JANE DOE,
ONE UP,

    Defendants.

## ORDER OF DISMISSAL

The matter before the Court is Plaintiff's Motion For Voluntary Dismissal filed July 3, 2006. In consideration thereof, it is

ORDERED that Plaintiff's Motion For Voluntary Dismissal is granted, and the Complaint and cause of action are dismissed without prejudice. It is

FURTHER ORDERED that all pending motions are moot.

DATED at Denver, Colorado, this __5__ day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court